Date: 4/9/04 Friday April

Docket No: 3:00cv2274 (JBA)

**FILED**

2004 APR 28 P 4:26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff #224720
Shane Maheu
Northern Level 5 Supermax prison
P O Box 665  1-EAST-109 Cell
Somers, Ct 06071

VS.

Defendant
Claims Comm, ET AL

Individual ___ Yes
or              or
official ___ No
or
Both

## "(Motion)"

Plaintiff would like to ask the court To Reopen case No: 3:00cv2274 (JBA) If it was Dismissed I would like the court to grant the Plaintiff to Reopen this case Because the Defendent the claims commissioner will not respond Back to the Plaintiff on march 19, 2004 And still No response Back. Plaintiff discharged in 2002 When MR. Maheu #224720 got his property From Northern N.C.I prison All Plaintiff Legal Work And material was Loss; But the inmate Legal Assistance program is Sending Plaintiff Legal papers that were copyed And put on file, Just in case Plaintiff Legal papers are Loss. Plaintiff also called ILAP Thursday 8, 2004 And spoke to Jessica York And She said that theirs alot of Legal paper but She will send them. Therefore Plaintiff would like the Judge to grant Plaintiff motion.

Inmate signature Shane Maheu
Date: 4/9/04
Friday April