UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 27 P 2: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHANE MAHEU
　　　　　　　　　　　：
　　v.　　　　　　　　：　　PRISONER
　　　　　　　　　　　：　　NO. 3:00cv2274 (JBA)
JAMES SMITH, ET AL.　：

### RULING ON PENDING MOTION [DOC. #9]

Pending before the court is a motion to reopen filed by the plaintiff. For the reasons set forth below, the motion is denied.

On January 31, 2001, the court issued a ruling and order dismissing the plaintiff's complaint because the plaintiff had an adequate remedy for the negligent deprivation of his personal property under Connecticut law.[1] The court noted that the plaintiff had filed a claim for the loss of his property with the Office of the Claims Commissioner and the case was still pending. The court entered judgment dismissing the complaint on February 6, 2001. The plaintiff moved to reopen the case on February 16, 2001. On April 20, 2001, the court denied the motion. Now, more than three years after the court dismissed the plaintiff's complaint and denied his first motion to reopen, the plaintiff again seeks to reopen the case.

---

[1] The court also dismissed the plaintiff's claims for monetary damages due to emotional distress because those claims were prohibited by 42 U.S.C. § 1997e.

The plaintiff states that he was discharged from prison in April 2002 and all of his legal papers were lost. The plaintiff is now back in prison. He claims that an attorney from the Inmates' Legal Assistance Program is going to send him copies of his legal documents that she has in her possession. He also states that he contacted the Claims Commissioner on March 19, 2004, but the Claims Commissioner has not responded to his inquiry. He does not indicate his contact was by telephone or otherwise. He does not indicate that he made any attempt to contact the Office of the Claims Commissioner at any time between the date of his discharge from prison in 2002 and March 2004.

The court concludes that the plaintiff has failed to set forth a valid reason to reopen this case. If the plaintiff seeks to find out the status of his claim filed with the Office of Claims Commissioner, he may call the office at (860) 566-2024 or write to the office at 18-20 Trinity Street, Hartford, Connecticut 06106. If he needs assistance in contacting the Office of the Claims Commissioner he could also contact the attorney at Inmates' Legal Assistance referenced in his motion. The Motion to Reopen [doc. # 9] is **DENIED**.

**IT IS SO ORDERED** at New Haven, Connecticut this 23rd day of December, 2004.

Janet Bond Arterton, U.S.D.J.